FILED
July 30, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. 2:13CR00216-JAM-1
        Plaintiff,                )
                                  )
v.                                )   ORDER FOR RELEASE OF
                                  )   PERSON IN CUSTODY
JOSHUA THAXTON,                   )
                                  )
        Defendant.                )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA THAXTON__ , Case No. __2:13CR00216-JAM-1__ , Charge __18USC § 2252(a)(2), 2253(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         __ Release on Personal Recognizance

         __ Bail Posted in the Sum of $_____

             __ Unsecured Appearance Bond

             __ Appearance Bond with 10% Deposit

             __ Appearance Bond with Surety

             __ Corporate Surety Bail Bond

         ✔ (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 30, 2013__ at __2:00 pm__ .

                                          By  /s/ Allison Claire /s/ Allison Claire
                                              Allison Claire
                                              United States Magistrate Judge

Copy 2 - Court