DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSHUA THAXTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA THAXTON,<br><br>Defendant. | 2:13-cr-0216 JAM<br><br>**STIPULATION AND ORDER CONTINUING HEARING, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff; and, Attorney David W. Dratman, Counsel for Defendant Joshua Thaxton, that the status conference scheduled for October 1, 2013 be vacated and the matter be continued to this Court's criminal calendar on December 10, 2013, at 9:45 a.m. for further status.

Defense Counsel is continuing to review the discovery in the case, including making arrangements to view seized computer evidence. Additional time is needed for Defense Counsel to review the discovery so that he can properly advise his client. In addition, the parties expect to be engaged in plea negotiations that will be impacted by the result of Defense Counsel's examination of the evidence in this case, as well as his gathering materials to share with the Government prior to the next status conference.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**
*United States v. Joshua Thaxton*
**[2:13-cr-0216 JAM]**

1 effective preparation, taking into account the exercise of due diligence; and, continuity of
2 counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by
3 granting this continuance outweigh the best interests of the public and the defendant in a
4 speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5  Dated: September 27, 2013          /s/ David W. Dratman
                                      DAVID W. DRATMAN
6                                     Attorney for Defendant
                                      JOSHUA THAXTON
7

8  Dated:  September 27, 2013         BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY
9

10                                    By: /s/ Kyle Reardon*
                                      KYLE REARDON
11                                    Assistant U.S. Attorney
                                      *Signed with permission
12

13                                  **ORDER**

14    The Court, having considered the stipulation of the parties, and good cause appearing
15 therefrom, adopts the stipulation of the parties in its entirety as its order.  The Court
16 specifically finds that the ends of justice served by the granting of such continuance outweigh
17 the interests of the public and that the time from October 1, 2013 to and including December
18 10, 2013, shall be excluded from computation of time within which the trial of this case must
19 be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense
20 counsel to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv)).
21     IT IS SO ORDERED.
22 DATED:  9/27/2013                   /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
23                                    United States District Court Judge
24
25
26
27
28