1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
3  1007 7th Street, Suite 305
   Sacramento, California  95814
4  Telephone: (916) 443-2000
   Facsimile:  (916) 443-0989
5  Email: dwdratman@aol.com
6

7
   Attorney for Defendant
8  JOSHUA THAXTON

9

10              **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  UNITED STATES OF AMERICA,        | **2:13-cr-0216 JAM**

14                      Plaintiff,   | **STIPULATION AND ORDER**
                                      | **CONTINUING HEARING, AND**
15                                    | **EXCLUDING TIME UNDER THE**
16              vs.                   | **SPEEDY TRIAL ACT**

17  JOSHUA THAXTON,

18                      Defendant.

19       IT IS HEREBY STIPULATED by and between Assistant United States Attorney

20  Kyle Reardon, Counsel for Plaintiff; and, Attorney David W. Dratman, Counsel for

21  Defendant Joshua Thaxton, that the status conference scheduled for April 8, 2014 be
22

23  vacated and the matter be continued to this Court's criminal calendar on June 10, 2014 at

24  9:30 a.m. for further status.

25       Defense Counsel is continuing to review the discovery in the case, including
26
    making arrangements to view seized computer evidence and consult with experts as
27
    needed. Additional time is needed for Defense Counsel to review the discovery so that he
28

1  can properly advise his client.  In addition, the parties have engaged in plea negotiations

2  that will be impacted by the result of Defense Counsel's examination of the evidence in

3

4  this case, as well as his gathering materials to share with the Government prior to the next

5  status conference.

6      Accordingly, the parties believe that the forgoing justifies an exclusion of time

7  from the calculation of time under the Speedy Trial Act. The additional time is necessary

8

9  to ensure effective preparation, taking into account the exercise of due diligence; and,

10  continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4). The parties

11  stipulate that the interests of justice served by granting this continuance outweigh the best

12

13  interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

14  Dated: April 3, 2014                    /s/ David W. Dratman
                                           DAVID W. DRATMAN
15                                          Attorney for Defendant
                                           JOSHUA THAXTON
16

17
18  Dated:  April 3, 2014                   BENJAMIN B. WAGNER
                                           UNITED STATES ATTORNEY
19

20                                   By: /s/ Kyle Reardon*
                                          KYLE REARDON
21                                          Assistant U.S. Attorney
                                           *Signed with permission
22

23

24

25

26

27

28

1

2

**ORDER**

3          The Court, having considered the stipulation of the parties, and good cause

4  appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The

5
6  Court specifically finds that the ends of justice served by the granting of such

7  continuance outweigh the interests of the public and the defendant in a speedy trial; and,

8  that the time from April 8, 2014 to and including June 10, 2014, shall be excluded from

9  computation of time within which the trial of this case must be commenced under the

10
11  Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and

12  continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv)).

13          IT IS SO ORDERED.

14
DATED:   4/3/2014                                    /s/ John A. Mendez_____
15                                                              HON. JOHN A. MENDEZ
                                                              United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28