DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com


Attorney for Defendant
JOSHUA W. SAVAGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA W. SAVAGE,<br><br>　　　　　　　　Defendant. | 2:13-cr-0216 JAM<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Christopher Hales, Counsel for Plaintiff; and, Attorney David W. Dratman, Counsel for Defendant Joshua W. Savage, through his attorney, David W. Dratman, that the Judgment and Sentencing presently scheduled for December 9, 2014 shall be continued to February 10, 2015 at 9:30 a.m. in accordance with the following schedule:

Judgment and Sentencing Date:　　　　　　　　　　　　　　　　February 10, 2015

Reply or Statement of Non-Opposition:　　　　　　　　　　　　　February 3, 2015

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING
1

| | |
|---|---|
| Motion for Correction of the Presentence Report Filed With The Court and Served on the Probation Officer And Opposing Counsel No Later Than: | January 27, 2015 |
| Presentence Report Filed with the Court and Disclosed To Counsel No Later Than: | January 20, 2015 |
| Counsel's Written Objections to the Presentence Report Delivered to the Probation Officer and Opposing Counsel No Later Than: | January 6, 2015 |
| Proposed Presentence Report disclosed to counsel: | December 16, 2014 |

**ORDER**

IT IS SO ORDERED

DATED:   11/17/2014                             /s/ John A. Mendez_____
                                                HON. JOHN A. MENDEZ
                                                United States District Court Judge