DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JOSHUA W. SAVAGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        vs.<br><br>JOSHUA W. SAVAGE,<br><br>              Defendant. | **2:13-cr-0216 JAM**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL OF LOCATION MONITORING** |

Plaintiff, United States of America, through its attorney of record, Christopher Hales, Assistant U.S. Attorney; and, defendant Joshua W. Savage, through his attorney, David W. Dratman, stipulate as follows:

1. Joshua W. Savage has been ordered to self-surrender to the Bureau of Prisons facility at Lompoc FCI on November 12, 2015 by 2:00 p.m.

2. At the request of Pretrial Services, Mr. Savage seeks an order that Pretrial Services remove the location monitoring device from his person on November 11, 2015 at 4:00 p.m. so that Mr. Savage may travel by car with his wife, Hannah Savage, to

**STIPULATION AND [PROPOSED] ORDER FOR REMOVAL OF LOCATION MONITORING**

1

the vicinity of Lompoc FCI on November 11, 2015, so that he may self-surrender on November 12, 2015 by 2:00 p.m.

Dated:  October 27, 2015          DAVID W. DRATMAN

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JOSHUA W. SAVAGE

Dated: October 27, 2015           BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                              /s/
Christopher Hales*
CHRISTOPHER HALES
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated:  October 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE