HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Megan.Hopkins@fd.org

Attorney for Defendant
JOSHUA SAVAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00216-JAM |
| Plaintiff, | ) ) | **ORDER GRANTING EARLY** |
| | ) ) | **TERMINATION OF SUPERVISED** |
| v. | ) | **RELEASE** |
| | ) | |
| JOSHUA SAVAGE, | ) ) | Judge: Hon. John A. Mendez |
| Defendant. | ) | |
| | ) ) | |
| | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and **DISCHARGES** JOSHUA SAVAGE from supervision for the reasons set forth in his unopposed Motion.  It is further ordered that the proceedings in this case be **TERMINATED**.

Dated: April 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

ORDER Granting Early Termination of Supervised Release                    *U.S. v Joshua Savage*